UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| GINA G. DOVE, | ) |
| | ) |
| Plaintiff, | ) No. 1:23-cv-00024-TAV-CHS |
| | ) |
| v. | ) |
| | ) |
| BLUECROSS BLUESHIELD | ) |
| of TENNESSEE, INC., | ) JURY DEMANDED |
| | ) |
| Defendant. | ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Gina G. Dove ("Plaintiff") and Defendant BlueCross BlueShield of Tennessee, Inc. ("BCBST"), pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to dismiss the above-captioned case with prejudice. Each party shall bear its own fees and costs.

This the 8th day of October, 2024.

Respectfully submitted,

**DUGGINS LAW GROUP, PLLC**

By: ____/s/*Stephen S. Duggins*_____
(Stephen S. Duggins BPR No. 013222)
7239 E. Brainerd Road
Chattanooga, TN 37421
(423) 635-7113 (t)
(423) 635-7114 (f)
Steve@dugginslawgroup.com
*Counsel for Plaintiff*

1

**HOLLAND & KNIGHT LLP**

By: /s/ *Robert E. Boston*
Robert E. Boston (BPR No. 009744)
Joshua T. Wood (BPR No. 035395)
David J. Zeitlin (BPR No. 037664)
511 Union Street, Suite 2700
Nashville, TN 37219
(615) 244-6380
bob.boston@wallerlaw.com
joshua.wood@wallerlaw.com
david.zeitlin@wallerlaw.com
*Counsel for Defendant*

## CERTIFICATE OF SERVICE

        The undersigned hereby certifies that on this the 8th day of October, 2024, a true and correct copy of the foregoing document was electronically filed with the United States District Court for the Eastern District of Tennessee using the Court's Electronic Case Filing (ECF) system, which will serve all parties below as indicated on the electronic filing notice to receive service in this manner.

Robert E. Boston
Joshua T. Wood
David J. Zeitlin
HOLLAND & KNIGHT LLP
511 Union Street, Suite 2700
Nashville, TN 37219
(615) 244-6380
bob.boston@wallerlaw.com
joshua.wood@wallerlaw.com
david.zeitlin@wallerlaw.com

                                                */s/ Stephen S. Duggins*
                                                Attorney for Plaintiff